Michael D. Bergman
Federal Trade Commission
600 Pennsylvania Avenue NW, H-576
Washington, D.C.  20580
(202) 326-3184
Facsimile: (202) 326-2477
mbergman@ftc.gov
*Attorney for Petitioner*
*Federal Trade Commission*

Hank T. Waters
Waters Law Office
9612 Bellechase Road
Granbury, TX  76049
(612) 202-6230
Facsimile: 888-695-6808
hank@hankwaters.com
*Attorney for Respondent*
*Countrywide Periodicals, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br><br>Petitioner, )<br>v. )<br><br>COUNTRYWIDE PERIODICALS, LLC, )<br><br>Respondent. ) | MC-14-2-M-JCL |

**STIPULATION FOR ENTRY OF ORDER
TO ENFORCE CIVIL INVESTIGATIVE DEMAND**

WHEREAS, on May 20, 2014, the Federal Trade Commission ("FTC") filed

its Petition for an Order to Enforce Civil Investigative Demand ("CID") against

respondent Countrywide Periodicals. LLC ("Countrywide") (D.1);

WHEREAS, the Court entered an Order to Show Cause on May 30, 2014

(D.3);

1

WHEREAS, Countrywide responded to the petition to enforce the CID on June 12, 2014 (D.8);

WHEREAS, the Court set a hearing on the show cause order for June 24, 2014;

IT IS HEREBY STIPULATED AND AGREED BY THE FTC AND COUNTRYWIDE (the "parties"), and ORDERED by the Court, as follows:

1.  Countrywide shall complete its full response to each request for production of documents and answer to written interrogatories listed in the FTC's CID, and produce a certificate of compliance relating to that production, on or before June 30, 2014;

2.  This Stipulation and Order shall be without prejudice to, or waiver of, the right of the FTC to issue further CIDs or requests for information to Countrywide; and

3.  Upon entry of this Stipulation and Order, the hearing scheduled for June 24, 2014, is vacated.

Respectfully submitted,

/s/ *Michael D. Bergman*
Michael D. Bergman
Federal Trade Commission
600 Pennsylvania Avenue NW, H-576
Washington, D.C.  20580
(202) 326-3184
Facsimile: (202) 326-2477
mbergman@ftc.gov
*Attorney for Petitioner*
*Federal Trade Commission*

Dated: June 19, 2014
In:  Washington, DC

/s/  *Hank T. Waters*
Hank T. Waters
Waters Law Office
9612 Bellechase Road
Granbury, TX  76049
(612) 202-6230
Facsimile: 888-695-6808
hank@hankwaters.com
*Attorney for Respondent*
*Countrywide Periodicals, LLC*

Dated:  June 19, 2014
In:  Granbury, TX

IT IS SO ORDERED:

_____
JEREMIAH C. LYNCH
United States Magistrate Judge

Dated:  June __, 2014
Missoula, Montana