**FILED**

JUN 2 0 2014

Clerk, U.S. District Court
District Of Montana
Missoula

Michael D. Bergman
Federal Trade Commission
600 Pennsylvania Avenue NW, H-576
Washington, D.C.  20580
(202) 326-3184
Facsimile: (202) 326-2477
mbergman@ftc.gov
*Attorney for Petitioner*
*Federal Trade Commission*

Hank T. Waters
Waters Law Office
9612 Bellechase Road
Granbury, TX  76049
(612) 202-6230
Facsimile: 888-695-6808
hank@hankwaters.com
*Attorney for Respondent*
*Countrywide Periodicals, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Petitioner,<br><br>v.<br><br>COUNTRYWIDE PERIODICALS, LLC,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)  MC-14-2-M-JCL<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION FOR ENTRY OF ORDER
### TO ENFORCE CIVIL INVESTIGATIVE DEMAND

WHEREAS, on May 20, 2014, the Federal Trade Commission ("FTC") filed

its Petition for an Order to Enforce Civil Investigative Demand ("CID") against

respondent Countrywide Periodicals. LLC ("Countrywide") (D.1);

WHEREAS, the Court entered an Order to Show Cause on May 30, 2014

(D.3);

WHEREAS, Countrywide responded to the petition to enforce the CID on June 12, 2014 (D.8);

WHEREAS, the Court set a hearing on the show cause order for June 24, 2014;

IT IS HEREBY STIPULATED AND AGREED BY THE FTC AND COUNTRYWIDE (the "parties"), and ORDERED by the Court, as follows:

1. Countrywide shall complete its full response to each request for production of documents and answer to written interrogatories listed in the FTC's CID, and produce a certificate of compliance relating to that production, on or before June 30, 2014;

2. This Stipulation and Order shall be without prejudice to, or waiver of, the right of the FTC to issue further CIDs or requests for information to Countrywide; and

2

3.  Upon entry of this Stipulation and Order, the hearing scheduled for June

24, 2014, is vacated.

Respectfully submitted,

/s/ *Michael D. Bergman*
Michael D. Bergman
Federal Trade Commission
600 Pennsylvania Avenue NW, H-576
Washington, D.C.  20580
(202) 326-3184
Facsimile: (202) 326-2477
mbergman@ftc.gov
*Attorney for Petitioner*
*Federal Trade Commission*

Dated: June 19, 2014
In:  Washington, DC

/s/  *Hank T. Waters*
Hank T. Waters
Waters Law Office
9612 Bellechase Road
Granbury, TX  76049
(612) 202-6230
Facsimile: 888-695-6808
hank@hankwaters.com
*Attorney for Respondent*
*Countrywide Periodicals, LLC*

Dated:  June 19, 2014
In:  Granbury, TX

IT IS SO ORDERED:

JEREMIAH C. LYNCH
United States Magistrate Judge

Dated:  June 20, 2014
Missoula, Montana